1048

No. 86–1048. COOPER *v.* DIAMOND M CO. C. A. 5th Cir. Certiorari denied.

No. 86–1136. PACYNA *v.* MARSH, SECRETARY OF THE ARMY. C. A. Fed. Cir. Certiorari denied.

No. 86–1210. JONES *v.* SHANKLAND ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–1284. LOPES, COMMISSIONER OF CONNECTICUT DEPARTMENT OF CORRECTION *v.* MELE. C. A. 2d Cir. Certiorari denied.

No. 86–1322. AAACON AUTO TRANSPORT, INC. *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 86–1358. CRUZ *v.* MARINE TRANSPORT LINES, INC. C. A. 3d Cir. Certiorari denied.

No. 86–1359. PORTER *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 86–1383. NEW YORK LAND CO. ET AL. *v.* REPUBLIC OF THE PHILIPPINES. C. A. 2d Cir. Certiorari denied.

No. 86–1435. DEMOULAS SUPER MARKETS, INC. *v.* HARRIMAN ET AL. Sup. Jud. Ct. Me. Certiorari denied.

No. 86–1449. FEDERAL INSURANCE CO. ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 86–1496. MARTIN ET AL. *v.* MONTELONGO ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–1497. HOWER ET AL. *v.* PICINICH & RIGOLOSI, P. A., ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 86–1498. HERON *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.